2120 - Served  2220 - Not Served  2620 - Sec. of State
2121 - Alias Served  2221 - Alias Not Served  2621 - Alias Sec. of State
Summons (This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, a...)

(10/06/09) CCM N649

IN THE CIRCUIT COURT OF ___ COUNTY, ILLINOIS
_First_ MUNICIPAL DISTRICT

20111013990
CALENDAR/ROOM 1104
TIME 09:30

**Name All Parties**

Pedro Epting on Behalf of Rhashaun Epting

Plaintiff(s)

v.

Mr. Keith Woods and Berkeley School District 87

Defendant(s)

1310 North Wolf Road Berkeley, Illinois 60163 and 1200 N Wolf Rd, Berkeley, IL 60163

Address of Defendant(s)

Case No. Tort - Intentional

Amount Claimed: $ $10,000 plus court costs

Appearance Filing/Return Date: July 8, 2011

Status Date: _____

Trial Date: _____

Time: _____  Room: _____

Please serve as follows: ☐ Certified Mail  ☒ Sheriff Service  ☐ Alias  (Plaintiff check one)

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077     ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on July 8, 2011 , _____, between the hours of 8:30 a.m. and 2:30 p.m.;

☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008     ☐ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428

on _____ , _____, before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

Atty. No.: _____
Name: Pedro Epting
Atty. for: _____
Address: 5417 Bohlander Ave
City/State/Zip: Berkeley, IL, 60163
Telephone: 708 334-9750

WITNESS, _____

DOROTHY BROWN, Circuit Court Clerk

Date of Service: 6/29/11
(To be inserted by officer on copy left with Defendant or other person)

SEE REVERSE SIDE

* Service by Facsimile Transmission at:  _____
(Area Code)  (Facsimile Telephone Number)

DOROTHY BROWN, CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**EXHIBIT A**

**Complaint-Verified** (This form replaces CCMD-8A)                                          CCM N008-50M-2/25/05(

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Pedro Epting on behalf of Rhashaun Epting (minor)

20111013990
CALENDAR/ROOM 1104
TIME 09:30
Tort - Intentional

Plaintiff(s)

Contract _____

v.

Mr. Keith Woods and Berkeley School District 87

Amount Claimed $ $10,000 plus court costs

Return Date July 8, 2011

Defendant(s)

## COMPLAINT

The Plaintiff(s) claim(s) as follows:

Mr. Keith Woods, Principal, Ms. Eva Smith, Superintendent and the Berkeley School District 87 Board:

1. Violated the U.S. and Illinois Constitutions and applicable state statutes
2. Violated their duties to uphold the integrity and independence of their office
3. Willfully abused and misused their authority and power as public officials
4. Committed a breach of their civil duty
5. Breached the public trust afforded to them as public school officials
6. Egregiously violated state, regional and local policy
7. Maliciously violated the civil rights of Rhashaun Epting, a minor student by depriving him of his liberties, rights and procedural justice
8. Did harrass and intimidate the minor student
9. Were delict as their actions were intentional, negligent and disregarded legal obligation
10. Wilfully wronged a minor student and caused emotional and reputational injuries
11. Failed to take reasonable care to avoid injuring the minor student

I, _____, certify that I am the _____
   (Name)                                              (Name of Attorney if applicable)
plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____     Pro Se  99500          Dated: _____

Atty. (or Pro Se Plaintiff):
Name: Pedro Epting
Address: 5417 Bohlander Ave                           _Pedro C Epting_    6/10/11
City/State/Zip: Berkeley IL 60163                              Signature
Telephone: 708 540-4444

☑ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the abovesigned certifies that the statements set forth herein are true and correct.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL COURT FILE

Addendum Pedro Epting vs Keith Woods and Berkeley School District 87

District 87 School Board members are as follows:

1. Ms. Eva Smith, Superintendent
2. Peg O'Connell, President
3. James Pauletto, Vice President
4. Michele Lant, Secretary
5. Carlos Chavez
6. Paul Feldmann
7. Calvin Hightower
8. Lorrie Janes

ADDRESS:
Berkeley School District 87 School Board
1200 N Wolf Rd, Berkeley, IL 60163